UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CORNELL RIVERS, SR., )<br>)<br>Plaintiff, )<br>) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:15-CV-4002-G (BH) |
| BANK OF AMERICA N.A., ) | |
| ) | |
| Defendant. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Since plaintiff has not timely filed an amended complaint as allowed by the recommendation, defendant Bank of America N.A.'s motion to dismiss plaintiff Cornell Rivers, Sr.'s petition and its memorandum of law in support of its motion to

dismiss, filed December 23, 2015 (docket entry 5) is **GRANTED**. By separate judgment, plaintiff's claims against defendant will be **DISMISSED** with prejudice.

    **SO ORDERED**.

June 24, 2014.

                                                                  _____
                                                                  **A. JOE FISH**
                                                                  **Senior United States District Judge**